UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                                            :

IN RE:                                                                             :

ORLY GENGER,                                    :            25-CV-3158 (JMF)

                                                                             :
                        Debtor.                              :               ORDER
                                                                             :

                                                                             :
------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       This bankruptcy appeal has been assigned to the undersigned for all purposes.  The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted.  The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

       SO ORDERED.

Dated: April 17, 2025
       New York, New York
                                                     JESSE M. FURMAN
                                           United States District Judge