UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
 :
IN RE: :
ORLY GENGER, :
 :  25-CV-3158 (JMF)
 :
 Debtor. :  ORDER
 :
 :
-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On April 24, 2025, Appellee Sagi Genger filed a motion to dismiss this bankruptcy appeal for lack of appellate jurisdiction.  ECF No. 5.  Appellant Eric Herschmann shall file any opposition to the motion by **May 8, 2025**.  Any reply shall be filed by **May 15, 2025**.

      The Clerk of Court is directed to mail a copy of this Order to Appellant.

      SO ORDERED.

Dated: April 25, 2025
       New York, New York
                                            JESSE M. FURMAN
                                         United States District Judge